215 U. S.    Decisions on Petitions for Writs of Certiorari.

*Thomas F. Doran* for petitioner.   No appearance for respondents.

___

No. 625. THE HOOD RUBBER COMPANY, PETITIONER, *v.* THE ATLANTIC MUTUAL INSURANCE COMPANY.   October 18, 1909.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.   *Mr. Harrington Putnam* for petitioner. *Mr. John G. Milburn* and *Mr. Walter F. Taylor* for respondent.

___

No. 626. THE ÆTNA INDEMNITY COMPANY, PETITIONER, *v.* THE FARMERS' NATIONAL BANK OF BOYERTOWN.   October 18, 1909.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. George M. MacKellar* and *Mr. Gustavus Remak, Jr.,* for petitioner. *Mr. S. H. Alleman* for respondent.

___

No. 627. THE DELAWARE & HUDSON COMPANY, PETITIONER, *v.* THE ALBANY & SUSQUEHANNA RAILROAD COMPANY ET AL.   October 18, 1909.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.   *Mr. James M. Beck* and *Mr. Charles F. Brown* for petitioner.   *Mr. George Wellwood Murray, Mr. E. Parmalee Prentice* and *Mr. Charles P. Howland* for respondents.

___

No. 407. YELLOW POPLAR LUMBER COMPANY, PETITIONER, *v.* S. F. CHAPMAN.   November 1, 1909.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied, and parts of petition and brief of